IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN C. MCDONALD                                                    PLAINTIFF

v.                             No. 4:13-cv-473-DPM

ARTHUR F. BEECH; BRADLEY I.
BEECH; and HARVEY BEECH                        DEFENDANTS

ORDER

McDonald's motion to dismiss, № 3, is granted. FED. R. CIV. P. 41(a)(2). All claims against all parties are dismissed with prejudice. The notice of related case, № 2, is moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 September 2013