IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN C. MCDONALD                                              PLAINTIFF

v.                              No. 4:13-cv-473-DPM

ARTHUR F. BEECH; BRADLEY I.
BEECH; and HARVEY BEECH                                      DEFENDANTS

JUDGMENT

McDonald's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2013